1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYLIE GALLETTI, | ) | Case No. 2:20-cv-03904-PA-AFM |
| Plaintiff, | ) ) ) | [Assigned to Hon. Percy Anderson] |
| v. | ) ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| JP MORGAN CHASE BANK, N.A., | ) ) ) | Complaint Filed: April 29, 2020 |
| Defendant. | ) ) ) ) ) ) ) ) | |

**ORDER**

Plaintiff Kylie Galletti and defendant JPMorgan Chase Bank, N.A., having so stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED that, pursuant to the stipulation of dismissal filed by the parties, the action is dismissed in its entirety WITH PREJUDICE.  Each party shall bear its own costs and attorneys' fees.

Dated:  July 2, 2020

_____
Hon. Percy Anderson
United States District Judge